

# Missouri Court of Appeals
## Southern District

## DECEMBER 31, 2014

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.      Case No.  SD33346

        Re:     IN THE INTEREST OF:
                A.E.S., Minor,
                GREENE COUNTY JUVENILE OFFICE,
                Petitioner-Respondent,
                v.
                S.M.M., Mother,
                Respondent-Appellant.

2.      Case No.  SD33057

        Re:     IN THE MATTER OF THE CARE
                AND TREATMENT OF
                JERRY BILYEU
                a/k/a JERRY D. BILYEU,
                a/k/a JERRY DON BILYEU,
                Respondent-Appellant.